**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2288**

SECURITIES & EXCHANGE COMMISSION,

Plaintiff,

v.

REX VENTURE GROUP, LLC, et al.,

Defendants,

and

JOHNNY BELSOME, et al.,

Movants - Appellants,

v.

KENNETH D. BELL, as the appointed Receiver of Rex Venture
Group, LLC, et al.,

Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:12-cv-00519-GCM)

Submitted: April 23, 2015          Decided: April 27, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Marc R. Michaud, New Orleans, Louisiana, for Appellant.  Irving M. Brenner, Kenneth D. Bell, Matthew E. Orso, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants seek to appeal the district court's order sustaining the Trustee's objection to Appellants' Notice of Attorney's Charging Liens. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED